# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**United States of America,**          *

                                       *

**v.**                    **Case No.** _____

                                       *

_____           *

**Defendant.**                         *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, _____.

I certify that: [check one that applies and complete]

☐   I am admitted to practice in this Court.

☐   I have been appointed to represent the defendant by the following United States court:

_____.

_____       *[signature: Joanne L. Nindzak]*
Date                                Signature

                                    _____
                                    Printed name and bar number

                                    _____
                                    Firm name

                                    _____
                                    Address

                                    _____
                                    Email address

                                    _____
                                    Telephone number

                                    _____
                                    Fax number

Please select your designation:

☐ CJA          ☐ Retained          ☐ Public Defender          ☐ Pro Bono

**NOTE**:   Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

EntryofAppearanceCriminal (06/2023)