07/05/2024  13:01   7036866329                    WFO:NVRA                         PAGE  03/22

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
v.

Hoau-Yan Wang

_Defendant_

Case No. TDC24CR011

USDC- GREENBELT
'24 JUL 11 PM3:50

HD

## ARREST WARRANT

To:    Any authorized law enforcement officer

Rcv'd by: _____

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Hoau-Yan Wang

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1: Major Fraud Against the United States in violation of Title 18, United States Code, Sections 1031 and 2
Counts 2-3: Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 2
Count 4: False Statement in violation of Title 18, United States Code, Sections 1001(a)(2) and 2

Date: 6-27-24

_Issuing officer's signature_

City and state:    Greenbelt, Maryland

Honorable Ajmel A. Quereshi US Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 6/28/2024 , and the person was arrested on _(date)_ 7/10/2024
at _(city and state)_ Greenbelt, MD .

Date: 7/10/2024

_Arresting officer's signature_

Yanira Nieves
_Printed name and title_