UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CASE NO:  TDC-24-211 |

## MOTION FOR PROTECTIVE ORDER GOVERNING DISCLOSURE OF PROTECTED PERSONAL IDENTITY, FINANCIAL, CONTACT, GRAND JURY, COURT, INVESTIGATIVE, AND AGENCY INFORMATION

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States hereby moves for entry by this Court of a protective order that will ensure the confidentiality of Protected Personal Identity, Financial, Contact, Grand Jury, Court, Investigative, and Agency Information (collectively, "Protected Information"), which is or may be included within the evidence in this case.

Entry of a protective order restricting the use, dissemination, and disposition of documents containing Protected Information is essential to permit the parties to disclose extensive discovery while protecting the Protected Information of various individuals and entities in this case.

Following the Court's denial of the first proposed protective order without prejudice, the United States conferred with counsel for Defendant regarding an amended draft protective order proposed by the United States (the "Proposed Protective Order"), and the parties have reached an agreement with respect to all of the provisions contained therein consistent with the Court's July 22, 2024 order.

A copy of the Proposed Protective Order is attached.

        Respectfully submitted,

        Glenn S. Leon
        Chief
        Fraud Section, Criminal Division
        United States Department of Justice


By: _____/s/_____
        Andrew Tyler
        Leslie Garthwaite
        Anna Kaminska
        Fraud Section, Criminal Division
        United States Department of Justice
        *Attorneys for the Government*