**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: 8:24-CR-211-TDC |
| ) | |
| HOAU-YAN WANG, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

This matter having come before the Court on Defendant Dr. Hoau-Yan Wang's Motion for Leave to File Documents Under Seal, and the Court, being duly advised, hereby GRANTS the Motion and ORDERS that the Clerk of Court shall file under seal Exhibits A, B, C, and D to the Motion for a Rule 17(c) subpoena *duces tecum*.

So ORDERED on _____.

                                                                                                              THEODORE D. CHUANG
                                                                                                              United States District Judge