**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.               ) | CASE NO.: 8:24-CR-211-TDC |
| ) | |
| HOAU-YAN WANG, ) | |
| ) | |
| Defendant.    ) | |

**PROPOSED ORDER**

This matter having come before the court on Defendant Dr. Hoau-Yan Wang's Motion and Memorandum of Law in Support of his Request for the Issuance of a Rule 17(c) Subpoena, and the Court, being duly advised, hereby GRANTS the Motion and ORDERS that the Clerk of Court shall issue the subpoena *duces tecum* filed as Exhibit A to the Motion.

So ORDERED on _____.        _____

THEODORE D. CHUANG
United States District Judge