UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

### ORDER

Upon review of the government's September 9, 2024 Consent Motion to Exclude Time Under the Speedy Trial Act and based on the facts and arguments provided in the motion, the Court finds that pursuant to 18 U.S.C. § 3161(h), the ends of justice served by the granting of the requested exclusion of the time period identified in the motion outweigh the interests of the public and the Defendant in a speedy trial because the additional time is needed to allow the Defendant to properly review discovery, for the Defendant to prepare and file any necessary pretrial motions, and for the parties to engage in plea discussions.

Accordingly, it is hereby ORDERED that:

1. The September 9, 2024 Consent Motion to Exclude Time Under the Speedy Trial Act is GRANTED.

2. The time period from and including **August 30, 2024 to November 1, 2024** is excluded in computing the time within which the trial in the matter must commence under the Speedy Trial Act.

Date: September 10, 2024

THEODORE D. CHUANG
United States District Judge