# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

## ENTRY OF APPEARANCE

Please enter the appearance of Vasanth Sridharan, Trial Attorney in the Fraud Section of the Criminal Division, as counsel on behalf of the United States.

        Respectfully submitted,

        Glenn S. Leon
        Chief
        Fraud Section, Criminal Division
        United States Department of Justice

By: _____/s/_____
        Vasanth Sridharan
        Fraud Section, Criminal Division
        United States Department of Justice