**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CASE NO.: 8:24-CR-211-TDC |
| | ) |
| HOAU-YAN WANG, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter having come before the court on Defendant Dr. Hoau-Yan Wang's Motion to Dismiss the Indictment, the Court, being duly advised, hereby GRANTS the motion and ORDERS that the Indictment be dismissed with prejudice.

So ORDERED on _____.                    _____
                                                                                                              THEODORE D. CHUANG
                                                                                                              United States District Judge