# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO.: 8:24-CR-211-TDC |
| ) | |
| HOAU-YAN WANG, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF KIM EBERLE-WANG**

I, Kim Eberle-Wang, after being duly cautioned and sworn, state under penalty of perjury, as follows, using anonymized terms herein in the same way as those used in the Indictment in the above-captioned matter:

1. I am a resident of Pennsylvania and make this affidavit of my own free will. No one has made any threats or promises in order to obtain my statement. The statements contained in this affidavit are true and accurate to the best of my knowledge, understanding, and belief.

2. I have been married to Hoau-Yan Wang ("Hoau") for 36 years. Hoau was born in Taiwan and spent his formative years there before immigrating to the United States in 1983, where he became a naturalized U.S. citizen.

3. Although English is Hoau's second language and he has a diagnosis of autism spectrum disorder, he earned his Ph.D. in neuroscience in 1988. He became a researcher in 1998 and joined the University 1 School of Medicine as a professor in 2001, eventually

earning tenure. Throughout his entire career, Hoau has maintained a flawless record and has not encountered any issues—until now.

4.   We currently reside in Philadelphia, Pennsylvania, where I teach at a high school. To support my teaching, Hoau has commuted over four hours a day to University 1 in New York City, where he has been heavily involved in research on novel treatments for Alzheimer's disease other neurodegenerative diseases. This work holds special significance for him, as his grandmother, father-in-law, and grandmother-in-law all suffer from Alzheimer's disease, which puts Hoau, our children and me at increased risk of developing symptoms of it ourselves. For the past couple of decades, he has committed himself to researching drug treatments for the disease, including one being developed by Company 1.

5.   Hoau has informed me that the drug he is developing with Company 1 has demonstrated promising results and is currently in the third phase of clinical trials with the FDA, which has provided continued support. He explained that Company 1 has received funding from the NIH, which remains committed to supporting the drug despite being aware of allegations such as those the government has made against him, as detailed in the Citizen Petition that Hoau has shared with me.

6.   Hoau is 67 years old and has encountered numerous health challenges in recent years, including kidney issues that required surgery about six weeks before the FBI's initial visit to our home, as well as various eye conditions through the years, having been monitored for cataracts since before that time, developing an eye lesion and infection around that time, and more recently being diagnosed with glaucoma for which he had

multiple surgeries earlier this year. Hoau has told me that he informed the FBI of such challenges and procedures since the FBI first initiated contact with him.

7. On the evening of August 23, 2021, around 9 PM, as Hoau and I were preparing for bed upstairs in our home, we heard loud banging sounds coming from downstairs at our front door. When we went to investigate, we saw an unfamiliar individual knocking on our door and waving through the window as if he knew us. Uncertain about the situation, Hoau opened the door while I stayed back. A tall man and a shorter woman, both dressed in suits, introduced themselves as FBI agents. The male agent stated that he had just driven up from Washington, D.C., while the female agent mentioned she was local. Hoau, clearly confused, signaled for me to come to the front door. When the agents identified themselves again, I responded that they couldn't be FBI agents because the FBI doesn't conduct door-to-door visits on a Monday night in Roxborough. The agents insisted on their identity and proceeded to walk into our home.

8. Once inside, the male FBI agent again explained that he "just want[s] to ask Hoau about his research with Company 1." He also made some reference to the Citizen Petition. The FBI agents directed us to sit in the living room, where they positioned themselves on a sofa and a chair, effectively placing themselves between Hoau, me, and the exit. Hoau enthusiastically explained what a double-blind study is and how it keeps data concealed from the experimenter to avoid bias.

9. The agents did not inform Hoau that he was under no obligation to participate in the interview, that he could have an attorney present, that he could refuse entry to his home, or that he could terminate the interrogation and leave at any time. They also failed

to provide any support, despite knowing that he was older, that he had medical issues, and that English was not his first language; they never offered an interpreter. Throughout the entire ordeal, they did not offer him a break, and they maintained constant pressure on him.

10. At one point towards the beginning of the questioning, I asked something like, "Should we have a lawyer present?" or "Does he (Hoau) need a lawyer?" I thought this would clearly signal our discomfort with Hoau answering questions at 10:00 PM on a Monday night in our living room, and require them to address our potential need for representation. However, the male FBI agent responded something like, "We're just asking a few questions about your husband's research; it's not necessary for you to have a lawyer present."

11. After about two hours of Hoau attempting to explain the science to the agents, they eventually left, but not before the male FBI agent convinced Hoau to provide his cell phone number for direct contact, stating it was "in case he had a few follow-up questions."

12. As the agents were leaving, the male agent told Hoau that he "would appreciate it if you did not tell ANYONE we were here," strongly implying that this was because the FBI was investigating Company 1, not Hoau, and he did not want Hoau interfering with those efforts, but Hoau and I interpreted it as a threat against engaging legal counsel or informing legal counsel of the FBI visit. By that time, we were already frightened by the situation, so we planned to comply.

13.     After the questioning, the male agent handed Hoau a legal document requesting that he provide certain files to them. He stated that if Hoau complied, he could avoid being sent to Washington, D.C. Motivated by our fear that the agent would act on his threat if Hoau did not act immediately, Hoau sent the requested information as soon as possible.

14.     Hoau shared with me, and I overheard, that in the days immediately following the interrogation, the male FBI agent called him frequently to ask additional questions about his research, pressuring him to comply with the request to provide documents and maintain confidentiality.

15.     A couple of weeks later, on September 9, 2021, I arrived home from work at school around 4:00 PM, and when I entered my home, I was shocked to find Hoau sitting at the dining room table, with the agents effectively blocking the exit to the room. The male FBI agent was aggressively questioning him while taking notes in a notepad. When the male FBI agent saw me, he told me that he was there to "gather additional facts and get to the bottom of the allegations in question." The atmosphere was very confrontational. The male FBI agent made comments like, "Last time when I asked you this, you said one thing, but now you're saying something different." I could sense that his tone was intended to intimidate and confuse Hoau. I also questioned whether this second visit had been deliberately scheduled while I was away, especially since I had attempted to intervene during the first visit to inquire about getting a lawyer. At that point, I stepped in to explain how difficult this situation was for our family and on Hoau's

5

health, but the male agent insisted he was simply there to gather additional facts and clarify the allegations.

16. Hoau subsequently told me that the FBI had been at our home for about a half-hour prior to my arrival and that, like the previous visit, the agents did not inform Hoau of his right to an attorney, that he could refuse entry to the agents, that he could end the interview at any time, or that he was not obligated to participate in the interview. They also did not inform Hoau or me that they had a search warrant until the end of the interview.

17. At one point during the interview, the male FBI agent accused Hoau of discussing the FBI's previous visit with others, saying something like, "I told you not to talk to anyone about my visit." Hoau seemed confused and intimidated by this accusation, and the agent claimed Hoau was lying, specifically accusing him of communicating with a representative of Company 1 and questioning how often they spoke. Hoau explained that his conversations with the representative were related to their scientific research and the emotional impact of the Citizen Petition. The agent then accused Hoau of having phone conversations with the representative and claimed that he had told her about the FBI's visit. When Hoau reiterated his previous statements, the agent asked to see his text messages with her. After Hoau handed over his phone, the agent began recording a video of the text messages. At that moment, I once again inquired about whether Hoau or we should have an attorney present. The male agent informed us that we didn't need an attorney for the subpoena or to address him looking at Hoau's cell phone. However, the

6

female agent acknowledged our right to an attorney but warned us that they could be difficult and expensive, seemingly attempting to discourage us from seeking legal help.

18. Despite my inquiry about having an attorney, the questioning continued. I grew increasingly concerned about the direction of the questioning and interrupted, saying something like, "You're asking him fairly complex scientific questions, and he's trying to provide detailed and accurate answers under stress... and English is not his first language." In response, the male FBI agent sarcastically said, "Oh, you're not from the U.S.? Where are you from?" When Hoau replied that he was born in Taiwan, the agent retorted, "Oh, we're sooooo lucky to have such a prestigious scientist in our country." Perceiving both sarcasm and racism in his comment, I told the agents that the questioning was over until Hoau had legal representation. The male FBI agent reacted loudly, saying, "NO, HE HAS TO SAY IT." I then turned to Hoau, looked him in the eyes, and instructed him to repeat after me, "I will not be answering any more questions until I have legal representation." Hoau complied. At that point, the male FBI agent slammed his hands on the table, visibly angry that we were requesting representation, and declared loudly that he had a search warrant. He then picked up his walkie-talkie and called in about half a dozen men armed with cameras, visible firearms, and clipboards.

19. About six or seven visibly armed FBI agents searched our home for about two hours. While they conducted the search, Hoau and I waited outside in our backyard. During this time, I reached out to Hoau's current attorney for representation, as Hoau was completely despondent, going nearly mute, feeling overwhelmed by his autism and fearing that the same events that happened in authoritarian Taiwan could occur here.

20. At one point after the agents started executing the search warrant and after we had explicitly requested an attorney, the male agent led Hoau back into our house, into the living room. He positioned a rocking chair uncomfortably close to Hoau, side-by-side, using it as a tactic to intimidate him, and continued his questioning.

21. Hoau told me that the agents executing the warrant took a lot of items from our home, including computers, tablets, flash drives, documents and more. They even initially attempted to take my computer, but I told them that I couldn't perform my job without it.

22. Hoau and I were both filled with fear and distress when the agents finally departed. Within two days of the search, Hoau collapsed from stress and exhaustion, and due to the significant emotional trauma, he voluntarily admitted himself to Bryn Mawr Hospital for treatment.

_____
Kim Eberle-Wang

_____10/28/24_____
Date