**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                             ) | CASE NO.: 8:24-CR-211-TDC |
| ) | |
| HOAU-YAN WANG,           ) | |
| ) | |
|     Defendant.         ) | |

**ORDER**

This matter having come before the Court on Defendant Dr. Hoau-Yan Wang's Motion to Suppress, the Court, being duly advised, hereby GRANTS the motion and ORDERS:

(1) All statements made by Dr. Wang to the Government during his in-house custodial interrogations are hereby suppressed;

(2) All documents and materials provided to the Government by Dr. Wang between or during his custodial interrogations are hereby suppressed; and

(3) All documents and materials seized pursuant to the search warrant executed during the second interrogation are hereby suppressed.

So ORDERED on _____.                    _____

                                                                                                                                                                                                                                                  THEODORE D. CHUANG
                                                                                                                                                                                                                                                                 United States District Judge