## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

**v.**

**WANG,**

**Defendant.**

**CASE NO: 8:24cr211**

___ ✓ FILED      ___ ENTERED

___ LOGGED      ___ RECEIVED

DEC 1 3 2024

AT GREENBELT
CLERK, U S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### GOVERNMENT'S EXHIBIT LIST

| GX | Identification | Admitted | Description |
|----|----------------|----------|-------------|
| 1 | | | August 23, 2021 Weeks Email to J. Weitz and A. Kaminska |
| 2 | 12/13/2024 | 12/13/2024 | August 23, 2021 Weeks Email to A. Tyler (cc-ing others) |
| 3 | 12/13/2024 | 12/13/2024 | August 23, 2021 Grand Jury Subpoena |
| 4 | 12/13/2024 | 12/13/2024 | September 9, 2021 Search Warrant |
| 5 | 12/13/2024 | 12/13/2024 | Photo of Residence (SWC-0012) |
| 6 | 12/13/2024 | 12/13/2024 | Photo of Residence (SWC-0013) |
| 7 | 12/13/2024 | 12/13/2024 | Photo of Residence (SWC-0018) |
| 8 | 12/13/2024 | 12/13/2024 | September 9, 2021 Video of Text Messages |
| 9 | | | August 23, 2021 Interview Report |
| 10 | | | August 24, 2021 Interview Report |
| 11 | | | August 24, 2021 Interview Report |
| 12 | | | August 26, 2021 Interview Report |
| 13 | | | August 30, 2021 Interview Report |
| 14 | | | August 31, 2021 Interview Report |
| 15 | | | August 31, 2021 Interview Report |
| 16 | | | September 1, 2021 Interview Report |
| 17 | | | September 9, 2021 Interview Report |
| 18 | | | September 3, 2021 Phone Call Recording |