UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

_____ FILED _____ ENTERED
Criminal Action No. DOCKED4-0211 RECEIVED

DEC 1 3 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**DEFENDANT'S EXHIBIT LIST**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 30 | 12/13/2024 | 12/13/2024 | September 2, 2021 Email from Weeks to Tyler re: search warrant for 149 Kalos Street, Philadelphia |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |