IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

HOAU-YAN WANG,

Defendant.

Criminal Action No. TDC-24-0211

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

DEC 13 2024

AT GREENBELT
CLERK, U S DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## STIPULATION REGARDING RETURN OF EXHIBITS

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**

ALL

All Government's exhibits returned: December 13, 2024

**DEFENDANT'S EXHIBITS**

ALL

All Defendant's exhibits returned: December 13, 2024

Received the above listed exhibits this date: December 13, 2024

Counsel for Plaintiff(s)/Government:
X _____
Andrew Tyler
X _____
Visanth Sridharan

Counsel for Defendant(s):
X _____
Jennifer Beidel
X _____
Timothy Caprez
X _____
Emma Blackwood

Date: December 13, 2024