# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | Criminal Action No. 24-0211-TDC |

## ORDER

The Case Management Order states that "[a]ny citations to internet sources must be accompanied by a copy of the cited webpage attached as an exhibit." Case Management Order § VII.3, ECF No. 20. The parties failed to comply with this requirement in relation to the Government's Motion to Exclude Expert Testimony, ECF No. 85; the Defendant's Motion to Exclude Expert Testimony, ECF No. 87; and the Government's memorandum in opposition to the Defendant's Motion to Exclude Expert Testimony, ECF No. 91.

It is hereby ORDERED that the parties shall comply with this requirement by filing exhibits of all cited internet sources by **Friday, September 19, 2025**.

Date: September 17, 2025

THEODORE D. CHUANG
United States District Judge