UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO: TDC-24-211 |
| HOAU-YAN WANG, | |
| Defendant. | |

## ENTRY OF APPEARANCE

Please enter the appearance of Kashan Pathan, Trial Attorney in the Fraud Section of the Criminal Division, as counsel on behalf of the United States.

Respectfully submitted,

Lorinda I. Laryea
Acting Chief
Fraud Section, Criminal Division
United States Department of Justice

By: _____/s/_____
Kashan Pathan
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice