# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | Criminal Action No. 24-0211-TDC |

## ORDER

Defendant Hoau-Yan Wang has filed a Request for the Juror Questionnaire, ECF No. 112. For reasons to be stated on the record at the Pretrial Conference, it is hereby ORDERED that the Request is DENIED.

Date: October 10, 2025

THEODORE D. CHUANG
United States District Judge