UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

## **STIPULATIONS**

The United States of America, by and through its attorneys, undersigned counsel, and defendant Hoau-Yan Wang, through his counsel, Jennifer Beidel, have agreed, or stipulated to the following:

1. Defendant Hoau-Yan Wang's phone number is (215) 917-7765.

2. The electronic submission instructions described in Counts 2 and 3 of the Indictment were transmitted by means of wire, radio, or television communication from the State of Maryland to the State of New Jersey.

| | |
|---|---|
| Respectfully Submitted,<br><br>*/s/ Jennifer Beidel*<br>Jennifer L. Beidel (Pro Hac Vice)<br>DYKEMA GOSSETT PLLC<br>39577 Woodward Avenue<br>Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0700<br>Email: jbeidel@dykema.com<br>*Attorney for Defendant Hoau-Yan Wang* | LORINDA I. LARYEA<br>Acting Chief<br>Fraud Section, Criminal Division<br>United States Department of Justice<br><br>By  */s/ Vasanth Sridharan*<br>Vasanth Sridharan<br>Andrew Tyler<br>Kashan Pathan<br>Fraud Section, Criminal Division<br>United States Department of Justice<br>*Attorneys for the Government* |