UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOAU-YAN WANG,<br><br>Defendant. | CRIMINAL NO: TDC-24-211 |

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE

The United States of America, by its undersigned attorneys, hereby files an unopposed motion, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss with prejudice the Indictment returned by the grand jury on June 27, 2024, against the defendant Hoau-Yan Wang (ECF No. 1) in the interests of justice.

Counsel for Dr. Wang consents to the relief requested herein.

                                             Respectfully submitted,

                                             LORINDA I. LARYEA
                                             Acting Chief
                                             Fraud Section, Criminal Division
                                             United States Department of Justice

                              By:  /s/Vasanth Sridharan
                                    Vasanth Sridharan
                                    Andrew Tyler
                                    Kashan Pathan
                                    Fraud Section, Criminal Division
                                    United States Department of Justice
                                    *Attorneys for the Government*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Vasanth Sridharan
Vasanth Sridharan, Senior Litigation Counsel
Fraud Section, Criminal Division
United States Department of Justice
