## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CRIMINAL NO: 24-0211-TDC** |
| **HOAU-YAN WANG,** | |
| **Defendant.** | |

### ORDER GRANTING MOTION TO DISMISS INDICTMENT

Upon consideration of the United States' Unopposed Motion to Dismiss the Indictment with Prejudice, ECF No. 139, it is hereby ORDERED that the Motion is GRANTED, and the Indictment (ECF No. 1), is DISMISSED WITH PREJUDICE pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. All deadlines and court dates in the current scheduling order are hereby VACATED.

DATE: October 23, 2025

THEODORE D. CHUANG
United States District Judge